## 21792. BROWN v. THE STATE.

BROYLES, C. J. The evidence tending to connect the accused with the offense charged was wholly circumstantial, and did not exclude every reasonable hypothesis save that of his guilt. Therefore his conviction was unauthorized, and the refusal to grant a new trial was error.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 16. 1931.

*W. L. Nix,* for plaintiff in error.
*Clifford Pratt, solicitor-general,* contra.